WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-281 

EDWARD DON & COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 8, 1974.*

EDWARD DON & COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-430 

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed February 8, 1974.*

CATHOLIC CHARITIES OF THE ARCHDIOCESE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.